# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2023

## NO. 03-21-00496-CV

**David Rogers, Scott Johnson, Lee Hill, and The City of Pflugerville, Texas, Appellants**

**v.**

**Travis County Emergency Services District No. 17, and Commissioners Mike Howe, Mitchell Jones and Vicky Linsalata, In Their Official Capacities Only, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on September 17, 2021. Appellants have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.